UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHARLES HANRAHAN,**

      **Plaintiff,**

v.                                          **Case No: 6:14-cv-1439-Orl-41GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Motion to Dismiss, or in the alternative, Motion for Summary Judgment ("Defendant's Motion") (Doc. 11), filed on October 23, 2014. Therein, Defendant requests that Plaintiff's Complaint, brought pursuant to 42 U.S.C. § 405(g), be dismissed as untimely. On October 30, 2014, Plaintiff filed a Motion for Extension of Time to File Civil Action Based on Equitable Tolling ("Motion for Extension of Time") (Doc. 15). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 16) on January 28, 2015, which recommends that this Court—construe Defendant's Motion as a motion for summary judgment, grant Defendant's Motion, deny Plaintiff's Motion for Extension of Time, and dismiss the case.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 16), filed on January 28, 2015, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion (Doc. 11), filed on October 23, 2014, is **GRANTED**.

3. Plaintiff's Motion for Extension of Time (Doc. 15), filed on October 30, 2014, is **DENIED**.

4. This case is **DISMISSED**.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 10, 2015.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record